## United States District Court

Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

*Nathan M. Graves*  *314-244-7900*
*Clerk of Court*

February 25, 2025

***Via Email & U.S. Mail***
Shawna Christine Glynn
2623 Deloak Drive, Apt. F
St. Louis, MO 63129

      Re:    Documents received 2/20/2025

Dear Ms. Glynn:

This is to advise you that the 307 pages of documents you forwarded in two separate emails to the Self-Represented Litigants email on February 20, 2025, are being returned as they do not comply with the Federal Rules of Civil Procedure or the Local Rules of this Court, in part because they do not contain a case caption with a case number.


Sincerely,
NATHAN M. GRAVES, CLERK OF COURT


By:    /s/ Jennifer Bailey
        Deputy Clerk

Enclosure