**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHAWNA CHRISTINE GLYNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-01202-RHH |
| | ) | |
| AUTOMOBILE CLUB OF MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

For the reasons stated in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 28th day of August, 2025.

Audrey G. Fleissig

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE